**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7891**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DWIGHT LAMONT HUNTER,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-94-111-MU, CA-00-71-3-MU)

─────────────

Submitted: March 27, 2002          Decided: May 1, 2002

─────────────

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Dwight Lamont Hunter, Appellant Pro Se. Robert James Conrad, Jr., United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Lamont Hunter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Hunter</u>, Nos. CR-94-111-MU; CA-00-71-3-MU (W.D.N.C. Aug. 31, 2001). Hunter's pending "Motion to Amend" is granted insofar as the additional pleadings are construed as a supplemental informal brief and afforded appropriate consideration by the court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>